1  DIVERSITY LAW GROUP, P.C.
   Larry W. Lee (State Bar No. 228175)
2  lwlee@diversitylaw.com
   Simon L. Yang (State Bar No. 260286)
3  sly@diversitylaw.com
   515 South Figueroa Street, Suite 1250
4  Los Angeles, California 90071
   Telephone: (213) 488-6555
5  Facsimile: (213) 488-6554

6  Attorneys for Plaintiff

7  ADAM J. KARR (S.B. #212288)
   akarr@omm.com
8  O'MELVENY & MYERS LLP
   400 South Hope Street
9  Los Angeles, California 90071-2899
   Telephone: (213) 430-6000
10 Facsimile: (213) 430-6407

11 KRISTIN M. MACDONNELL (S.B. #307124)
   kmacdonnell@omm.com
12 O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
13 San Francisco, California 94111-3823
   Telephone: (415) 984-8700
14 Facsimile: (415) 984-8701

15 Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD WILLIAMS, as an individual, | Case No. 2:24-cv-07454-SPG-RAO |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL** |
| vs. | |
| HRB GREEN RESOURCES, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Edward Williams, and Defendant, HRB Green Resources, LLC, hereby stipulate to the dismissal of this action in its entirety, with prejudice as to Plaintiff's individual claims.[1]

DATED: December 29, 2025    DIVERSITY LAW GROUP, P.C.

By: /s/ Simon L. Yang
Simon L. Yang
Attorneys for Plaintiff

DATED: December 29, 2025    O'MELVENY & MYERS LLP

By: /s/ Kristin M. MacDonnell
Kristin M. MacDonnell
Attorneys for Defendant

---

[1] On October 1, 2024, the Court dismissed putative class allegations and claims. Dkt. 15.